IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA ex rel.
KELLI WILLIAMS,

   Plaintiff-Relator,

v.

THE SOUTHERN COMPANY, INC.,
SOUTHERN COMPANY SERVICES,
INC., and MISSISSIPPI POWER
COMPANY,

   Defendants.

CIVIL ACTION FILE NO.

1:18-CV-00680-SCJ

## ORDER

This matter appears before the Court on the pending Motion to Dismiss for which Defendants have requested oral argument (Doc. No. [27], 2). Said request is **GRANTED**. The Court will hold oral argument on the **31st day of July, 2024** at **10:00 a.m.** (Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia, in Courtroom 1907).

   IT IS SO ORDERED this 12th day of June, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE