IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*,<br><br>KELLI WILLIAMS,<br><br>               Plaintiff-Relator<br><br>v.<br><br>THE SOUTHERN COMPANY, INC., SOUTHERN COMPANY SERVICES, INC., and MISSISSIPPI POWER COMPANY,<br><br>               Defendants. | Civil Action No.<br>1:18-CV-0680-SCJ |

## DEFENDANTS' MOTION TO POSSESS & OPERATE ELECTRONIC DEVICES IN THE COURTHOUSE

Defendants The Southern Company, Inc., Southern Company Services, Inc., and Mississippi Power Company (collectively, "Defendants") respectfully move this Court for an Order permitting Defendants and their legal counsel to possess and operate certain electronic devices in the United States Courthouse, Northern District of Georgia, 75 Ted Turner Drive, S.W., Atlanta, Georgia, 30303 on Wednesday, July 31, 2024, in connection with the hearing scheduled at 10:00 AM in Courtroom 1907. Defendants and their legal counsel anticipate bringing laptop computers, associated power cords and adapters, remote controls, and mobile phones.

Defendants request to use these electronic devices to display materials during

1

Defendants' presentation and argument in connection with the aforementioned proceeding. Such materials will aid in the Court's resolution of Defendants' Motion to Dismiss (ECF No. 27). Electronic devices will not be used for recording or making phone calls in the Courtroom.

For the Court's convenience, a Proposed Order is attached.

Dated: June 25, 2024                                Respectfully submitted,

/s/ Kendall Runyan

Walter W. Davis
(Georgia Bar No. 213083)
Robert Watts
(Georgia Bar No. 793350)
Jane Ashley Ravry
(Georgia Bar No. 451038)
Kendall Runyan
(Georgia Bar No. 341046)
JONES DAY
1221 Peachtree Street, N.E.
Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
wwdavis@jonesday.com
rwatts@jonesday.com
jravry@jonesday.com
krunyan@jonesday.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

In accordance with N.D. Ga. LR 5.1, I hereby certify that on June 25, 2024, I caused a copy of the foregoing Motion To Possess & Operate Electronic Devices in the Courthouse to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Kendall Runyan
Kendall Runyan
(Georgia Bar No. 341046)
1221 Peachtree Street, N.E.
Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
krunyan@jonesday.com

*Counsel for Defendants*

1

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies, pursuant to LR 5.1C, that this document has been prepared in Times New Roman, 14 point, as approved by the Court.

*/s/ Kendall Runyan*
Kendall Runyan

*Counsel for Defendants*
