IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, <br><br> KELLI WILLIAMS, <br><br>　　　　　　Plaintiff-Relator <br><br> v. <br><br> THE SOUTHERN COMPANY, INC.; SOUTHERN COMPANY SERVICES, INC.; and MISSISSIPPI POWER COMPANY; <br><br>　　　　　　Defendants. | Civil Action No. <br> 1:18-CV-0680-SCJ |

**PLAINTIFF-RELATOR'S RESPONSE TO DEFENDANTS' MOTION TO POSSESS & OPERATE ELECTRONIC DEVICES IN THE COURTHOUSE**

NOW COMES Plaintiff-Relator KELLI WILLIAMS, through her counsel LOEVY & LOEVY, and responds as follows to Defendants' motion to possess and operate electronic devices in the courtroom (Dkt. 40) during the hearing scheduled for July 31 on Defendants' pending motion to dismiss (Dkt. 27):

In support of their motion to possess and operate electronic devices, Defendants explain that they intend to "to display materials during Defendants'

presentation and argument." Plaintiff-Relator Williams ("Relator") does not object to Defendants' motion, assuming she is afforded the same ability as Defendants to possess and operate electronic devices during the hearing.

Relator, however, requests that any order granting Defendants' motion regarding electronic devices also require them to provide Relator, at least two weeks in advance of the hearing, with any evidence or exhibits they intend to display during the hearing. Relator would thus be enabled to prepare rebuttal materials or make any appropriate objections.

Dated: July 2, 2024

Respectfully submitted,

s/ *Julia Rickert*

Michael I. Kanovitz
Illinois Bar No. 6275233
Julia Rickert
Illinois Bar No. 6302842
Frank Newell
Illinois Bar No. 6290332
Loevy & Loevy
311 N. Aberdeen St., 3rd FL
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)
julia@loevy.com

/s/ *Zack Greenamyre*
Zack Greenamyre

Georgia Bar No. 293002
Mitchell Shapiro Greenamyre and Funt LLP
881 Piedmont Ave
Atlanta, Georgia 30309
(404) 812-4751
(404) 812-4740 (fax)
zack@mitchellshapiro.com

Jack Kolar
District of Columbia Bar No. 292953
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, DC 20006
(202) 457-0034

*Attorneys for Relator Kelli Williams*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), I hereby certify that this motion has been prepared in Times New Roman, 14-point font, which is one of the fonts approved by Local Rule 5.1(C).

Dated: July 2, 2024

/s/ <u>*Julia Rickert*</u>
Julia Rickert
*One of Relator's Attorneys*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the above Response with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all counsel of record.

Dated: July 2, 2024

/s/ *Julia Rickert*
Julia Rickert
*One of Relator's Attorneys*