IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, <br><br> KELLI WILLIAMS, <br><br>              Plaintiff-Relator <br><br> v. <br><br> THE SOUTHERN COMPANY, INC., SOUTHERN COMPANY SERVICES, INC., and MISSISSIPPI POWER COMPANY, <br><br>              Defendants. | Civil Action No. <br> 1:18-CV-0680-SCJ |

## **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO POSSESS & OPERATE ELECTRONIC DEVICES IN THE COURTHOUSE**

Defendants respectfully ask the Court to (i) grant their Motion to Possess and Operate Electronic Devices in the Courthouse (the "Motion") and enter the corresponding Proposed Order (ECF No. 40-1) as filed, and (ii) deny Relator's unusual request that Defendants provide her, at least two weeks before the hearing, any materials they intend to display during the hearing.

Relator's request in this regard is both unwarranted and inconsistent with custom and practice in this Court. Indeed, it is neither customary nor required, by rule or otherwise, for civil litigants to exchange materials in advance of oral argument on a motion to dismiss. Furthermore, Relator offers no explanation,

1

justification, or legal authority for this extraordinary request. Defendants, therefore, ask the Court to grant their Motion and enter the corresponding Proposed Order as filed, leaving aside Relator's unjustified request. To allay Relator's purported concerns, Defendants will certainly supply Relator, and the Court, with courtesy hard copies of any materials used to aid in the presentation of Defendants' argument.

Dated: July 5, 2024

Respectfully submitted,

*/s/ Kendall Runyan*

Walter W. Davis
(Georgia Bar No. 213083)
Robert Watts
(Georgia Bar No. 793350)
Jane Ashley Ravry
(Georgia Bar No. 451038)
Kendall Runyan
(Georgia Bar No. 341046)
JONES DAY
1221 Peachtree Street, N.E.
Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
wwdavis@jonesday.com
rwatts@jonesday.com
jravry@jonesday.com
krunyan@jonesday.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

In accordance with N.D. Ga. LR 5.1, I hereby certify that on July 5, 2024, I caused a copy of the foregoing Reply in Support of Defendants' Motion To Possess & Operate Electronic Devices in the Courthouse to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                             */s/ Kendall Runyan*
                                             Kendall Runyan

                                             *Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies, pursuant to LR 5.1C, that this document has been prepared in Times New Roman, 14 point, as approved by the Court.

*/s/ Kendall Runyan*
Kendall Runyan

*Counsel for Defendants*
